UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELEANOR R. BALL IRREVOCABLE TRUST 05/10/01 and DENNIS ANDREW BALL, personally and as benefactor of the Eleanor R. Ball Irrevocable Living Trust 05/10/01 Trustee,<br><br>      Plaintiff,<br><br>      v.<br><br>SOUTHWEST FIDUCIARY, INC., GREGORY P. DOVICO, PEGGY ANN DOVICO, owners, estate administrators, DIANE LEVINE, BRUCE M. TRIPP, ANNA DOVICO, individually and severally, as guardian/conservator of Eleanor R. Ball, and FIDELITY DEPOSIT, INC., surety,<br><br>      Defendants. | Case No. 09-cv-70-JPG |

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**KEENAN G. CASADY, CLERK**

Dated: March 5, 2009                                                      s/Brenda K. Lowe, Deputy Clerk

Approved:    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**